# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| Isaac E. O'Conner, | ) | **Bkcy. No. 20 B 12189** |
| | ) | |
| Debtor. | ) | **Judge A. Benjamin Goldgar** |

## ORDER SETTING HEARING ON
## REAFFIRMATION AGREEMENT

Pursuant to sections 524(k)(6) and (m) of the Bankruptcy Code, 11 U.S.C. §§ 524(k)(6), (m), the court will hold a hearing on **August 7, 2020, at 11:30 a.m.** to determine whether the reaffirmation agreement with **VW Credit, Inc.**,  filed on July 14, 2020,  **(docket No. 13)**, poses an undue hardship to the debtor.  The agreement is presumed to pose an undue hardship, and the debtor has the burden of rebutting the presumption.

**Please note:** This hearing will be held telephonically.  The debtor must appear telephonically in accordance with the court's Amended General order, and so must their counsel. (*See* Amended General Order 20-3 at ¶¶ 2, 4, available on the court's web site.)  The debtor and their counsel can each call CourtSolutions separately, or counsel can call CourtSolutions and conference in the debtor, whichever they prefer.

If the debtor fails to appear for the hearing, the agreement will be disapproved.

A copy of this order will be sent to the debtor by regular mail.

Dated: July 15, 2020

_____
A. Benjamin Goldgar
United States Bankruptcy Judge