**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Isaac E. O'Conner** | Social Security number or ITIN **xxx–xx–3901** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **20–12189**

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Isaac E. O'Conner

September 9, 2020                            **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                  United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                                    **Order of Discharge**                                    page 2

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 20-12189-ABG
Isaac E. O'Conner                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: admin              Page 1 of 2         Date Rcvd: Sep 09, 2020
                             Form ID: 318             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
```
db         +Isaac E. O'Conner,    3314 Noll Dr,    Park City, IL 60085-6034
28886862   +ABA Therapy,    85 Revere Drive, Suite AA,    Northbrook, IL 60062-8001
28886865   +AMEX/pentagon,    PO Box 1432,    Alexandria, VA 22313-1432
28886863    Advocate Condell Medical Center,    PO Box 6572,    Carol Stream, IL 60197-6572
28886867    BMO Harris,    P.O. Box 2035,    Milwaukee, WI 53201-2035
28886866   +Bestbuy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
28886871   +CB/Wayfair,    Po Box 182789,    Columbus, OH 43218-2789
28886869   +Cap1/Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
28886872    City of Waukegan,    Photo Enforecement Program,    PO Box 2525,    Decatur, IL 62525-1866
28886875   +Lake Forest Hospital,    660 N. Westmoreland Rd.,    Lake Forest, IL 60045-1696
28938132   +VW Credit, Inc.,    14841 Dallas Pkwy Ste. 425,    Dallas, TX 75254-8067
28886881   +Vista Healthcare Service,    222 S Greenleaf Ave,    Gurnee, IL 60031-5705
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QJECOHEN.COM Sep 10 2020 06:33:00      Joseph E Cohen,    Cohen & Krol,
             105 West Madison Suite 1100,    Chicago, IL 60602-4600
28886868   +EDI: AIS.COM Sep 10 2020 06:33:00      Cap One,    Bankruptcy Department,    4515 N Santa Fe Ave,
             Oklahoma City, OK 73118-7901
28886870    EDI: CAPITALONE.COM Sep 10 2020 06:33:00      Capital One Bank USA NA,    PO Box 71083,
             Charlotte, NC 28272-1083
28886873    EDI: DISCOVER.COM Sep 10 2020 06:33:00      Discover Bank,    Bankruptcy Department,
             PO Box 30943,    Salt Lake City, UT 84130
28886876   +E-mail/Text: bk@lendingclub.com Sep 10 2020 02:58:35      Lending Club Corporation,
             71 Stevenson St., Ste. 300,    San Francisco, CA 94105-2985
28886877   +EDI: NFCU.COM Sep 10 2020 06:33:00      Navy Federal Credit Union,    PO Box 3000,
             Merrifield, VA 22119-3000
28886878   +E-mail/Text: bkrgeneric@penfed.org Sep 10 2020 02:51:25      Penfed Credit Union,    Box 1432,
             Alexandria, VA 22313-1432
28886879    EDI: RMSC.COM Sep 10 2020 06:33:00      SYNCB/AMAZON PLCC,    PO Box 965015,
             Orlando, FL 32896-5015
28886880    EDI: RMSC.COM Sep 10 2020 06:33:00      SYNCB/SAM'S CLUB DC,    Bankruptcy Deptartment,
             PO Box 965060,    Orlando, FL 32896-5060
28889960   +EDI: RMSC.COM Sep 10 2020 06:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
28886874    EDI: USBANKARS.COM Sep 10 2020 06:33:00      Elan Financial,    CB disputes,    PO Box 1086353,
             Fargo, ND 58125-6353
28886882   +E-mail/Text: vci.bkcy@vwcredit.com Sep 10 2020 02:58:14      VW Credit Inc.,    2333 Waukegan Rd.,
             Deerfield, IL 60015-5508
                                                                                               TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28886864        Alicia McKee
28889346        Joseph
                                                                                  TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
```
              David M Siegel    on behalf of Debtor 1 Isaac E. O'Conner davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.AxosFS.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;acartwright@cohenandkrol.
               com
```

```
District/off: 0752-1          User: admin              Page 2 of 2           Date Rcvd: Sep 09, 2020
                              Form ID: 318             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 3